**Electronically Filed
Supreme Court
SCWC-16-0000515
29-DEC-2021
01:11 PM
Dkt. 18 OCOR**

SCWC-16-0000515

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SAMUEL K. KAEO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000515; CASE NO. 2DCW-15-0002103)

ORDER OF CORRECTION
(By: Eddins, J.)

It is ordered that the Opinion of the Court, filed on December 29, 2021, is corrected as follows:

On page 7, footnote 7, line 12, the word "circuit" is corrected to read "district."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, December 29, 2021.

/s/ Todd W. Eddins

Associate Justice

